# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD WADE ARCHITECTS, P.C., ) <br> on behalf of plaintiff and a class, ) <br> ) <br>       Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SAFE-AIR OF ILLINOIS, INC., ) <br> doing business as ) <br> DOWCO PRODUCTS GROUP ) <br> and JOHN DOES 1-10, ) <br> ) <br>       Defendants. ) | 13 C 3646 <br><br> Judge Grady <br> Magistrate Judge Martin |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Richard Wade Architects, P.C.'s individual claims against defendant Safe-Air of Illinois, Inc. with prejudice and without costs. The putative class claims against defendant Safe-Air of Illinois, Inc. are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.


  s/ Heather Kolbus                                                         s/ Julian C. Campbell (w/ permission)
Daniel A. Edelman                                             Julian C. Campbell
Heather Kolbus                                                  JULIAN CAMPBELL LAW OFFICES
EDELMAN, COMBS, LATTURNER               145 Haverton Way
       & GOODWIN, LLC                         North Barrington, IL 60010
120 S. LaSalle Street, 18th Floor                 (847) 382-9101
Chicago, IL 60603                                        (847) 382-9114 (FAX)
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on September 16, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notice of such filing to the following:

Julian C. Campbell
julian.campbell.law@comcast.net

    s/ Heather Kolbus
Heather Kolbus